| | |
|---|---|
| 1 | Laurence D. King (SBN 206423) |
|   | KAPLAN FOX & KILSHEIMER LLP |
| 2 | 350 Sansome Street, Suite 400 |
|   | San Francisco, CA 94104-1308 |
| 3 | Telephone: 415-772-4700 |
|   | Facsimile: 415-772-4707 |
| 4 | |
| 5 | Joseph M. Vanek |
|   | Angela Wilcox |
| 6 | David Germaine |
|   | VANEK, VICKERS & MASINI, P.C. |
| 7 | 111 S. Wacker Drive, Suite 4050 |
|   | Chicago, Illinois 60606 |
| 8 | Telephone: 312-224-1500 |
|   | Facsimile: 312-224-1510 |
| 9 | |
| 10 | Counsel for Plaintiff |

ORIGINAL FILED
07 NOV -7 PM 2:52
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

MHP

VOICEBOX CREATIVE, INC., a California Corporation,

    Plaintiff,

vs.

KNAPP FARMS, INC. D/B/A KNAPP, WINERY AND VINEYARD RESTAURANT, a New York Corporation,

    Defendants.

Case No.: C 07 5669

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

1       Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the
2   named parties, there is no such interest to report.

3   DATED: November 7, 2007        KAPLAN FOX & KILSHEIMER LLP

5   By: _____
      Laurence D. King (SBN 206423)
6         KAPLAN FOX & KILSHEIMER LLP
      350 Sansome Street, Suite 400
7         San Francisco, CA 94104-1308
      Telephone: 415-772-4700
8         Fax: 415-772-4707

9         Joseph M. Vanek
      Angela Wilcox
10        David Germaine
      VANEK, VICKERS & MASINI, P.C.
11        111 S. Wacker Drive, Suite 4050
      Chicago, Illinois 60606
12        Telephone: 312-224-1500
      Facsimile: 312-224-1510

13  Counsel for Plaintiff

1

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS     Case No.: _____