AO 120 (Rev. 2/99)

| TO: | Mail Stop 8<br>Director of the U.S. Patent & Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court _____Northern District_____ on the following ☐ Patents or ✔ Trademarks:

| DOCKET NO.<br>CV 07-05669 MHP | DATE FILED<br>11/7/07 | U.S. DISTRICT COURT<br>450 Golden Gate Avenue, 16th Floor, S.F. CA 94102 |
|---|---|---|
| PLAINTIFF<br>VOICEBOX CREATIVE INC | | DEFENDANT<br>KNAPP FARMS INC. |

| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 | | **\*PLEASE SEE ATTACH COMPLAINT\*** |
| 2 | | |
| 3 | | . |
| 4 | | |
| 5 | | |

In the above—entitled case, the following patent(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading | |
|---|---|---|
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | . |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK<br>Richard W. Wieking | (BY) DEPUTY CLERK<br>Gina Agustine-Rivas | DATE<br>November 8, 2007 |
|---|---|---|

**Copy 1—Upon initiation of action, mail this copy to Commissioner     Copy 3—Upon termination of action, mail this copy to Commissioner**
**Copy 2—Upon filing document adding patent(s), mail this copy to Commissioner     Copy 4—Case file copy**