| | |
|---|---|
| 1 | HARVEY SISKIND LLP |
| | D. PETER HARVEY (SBN 55712) |
| 2 | email: pharvey@harveysiskind.com |
| 3 | SETH I. APPEL (SBN 233421) |
| | e-mail: sappel@harveysiskind.com |
| 4 | Four Embarcadero Center, 39th Floor |
| | San Francisco, California  94111 |
| 5 | Telephone:  (415) 354-0100 |
| 6 | Facsimile:  (415) 391-7124 |
| 7 | Attorneys for Defendant |
| | KNAPP FARMS, INC. |

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| VOICEBOX CREATIVE, INC., | Case No. C 07-05669  MHP |
| Plaintiff, | **DEFENDANT'S WAIVER OF SERVICE OF SUMMONS** |
| v. | |
| KNAPP FARMS, INC, d/b/a KNAPP VINEYARDS WINERY AND RESTAURANT, | |
| Defendant. | |

Defendant Knapp Farms, Inc. ("Defendant") acknowledges receipt of plaintiff's request to waive service of summons in this action.  Undersigned counsel for Defendant has received a copy of the Complaint in the action and agrees to save the cost of service of a summons herein by not requiring plaintiff to serve Knapp Farms, Inc. with judicial process in the manner provided by Rule 4 of the Federal Rules of Civil Procedure.

-1-

DEFENDANT'S WAIVER OF SERVICE OF SUMMONS                    CASE NO. C 07-05669 MHP

1  In waiving service, Knapp Farms, Inc. retains all defenses and objections to the lawsuit,
2  including objections as to jurisdiction or venue, save and except for objections based upon a defect in
3  the summons or the service of the summons.
4  Knapp Farms, Inc. further understands that a judgment may be entered against it if an answer
5  or motion under Rule 12 of the Federal Rules of Civil Procedures is not served upon plaintiff within
6  60 days after November 14, 2007, i.e., on or before January 14, 2008.

Dated: December 4, 2007                    Respectfully submitted,

                                           HARVEY SISKIND LLP


                                           By: _____/s/_____
                                                        D. Peter Harvey

                                           Attorneys for Defendant
                                           KNAPP FARMS, INC.

-2-

DEFENDANT'S WAIVER OF SERVICE OF SUMMONS                    CASE NO. C 07-05669 MHP