HARVEY SISKIND LLP
D. PETER HARVEY (SBN 55712)
email: pharvey@harveysiskind.com
SETH I. APPEL (SBN 233421)
e-mail: sappel@harveysiskind.com
Four Embarcadero Center, 39th Floor
San Francisco, California 94111
Telephone: (415) 354-0100
Facsimile: (415) 391-7124

Attorneys for Defendant
KNAPP FARMS, INC.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| VOICEBOX CREATIVE, INC.,<br><br>Plaintiff,<br><br>v.<br><br>KNAPP FARMS, INC, d/b/a KNAPP VINEYARDS WINERY AND RESTAURANT,<br><br>Defendant. | Case No. C 07-05669 MHP<br><br>**STIPULATION RE RESPONSE TO COMPLAINT AND FIRST AMENDED COMPLAINT** |

The parties hereby stipulate that Defendant Knapp Farms, Inc. d/b/a Knapp Vineyards Winery and Restaurant need not respond to the Complaint of Plaintiff Voicebox Creative, Inc. because Plaintiff intends to file a First Amended Complaint. Plaintiff shall file said First Amended Complaint no later than February 1, 2008, and Defendant shall have twenty (20) days from service thereof to move, plead or otherwise respond thereto.

//

//

Dated: January 10, 2008

HARVEY SISKIND LLP

By: ______________________
D. Peter Harvey

Attorneys for Defendant
KNAPP FARMS, INC.

Dated: January 11, 2008

KAPLAN FOX & KILSHEIMER LLP

By: ______________________
Laurence D. King

Attorneys for Plaintiff
VOICEBOX CREATIVE, INC.

-2-

STIPULATION RE RESPONSE TO COMPLAINT CASE NO. C 07-05669 MHP