```
 1  HARVEY SISKIND LLP
    D. PETER HARVEY (SBN 55712)
 2  email: pharvey@harveysiskind.com
    SETH I. APPEL (SBN 233421)
 3  e-mail: sappel@harveysiskind.com
    Four Embarcadero Center, 39th Floor
 4  San Francisco, California 94111
    Telephone: (415) 354-0100
 5  Facsimile: (415) 391-7124
 6
 7  Attorneys for Defendant
    KNAPP FARMS, INC.
 8
 9              IN THE UNITED STATES DISTRICT COURT
10             FOR THE NORTHERN DISTRICT OF CALIFORNIA
11                    SAN FRANCISCO DIVISION
12
```

| | |
|---|---|
| VOICEBOX CREATIVE, INC., <br><br> Plaintiff, <br><br> v. <br><br> KNAPP FARMS, INC, d/b/a KNAPP VINEYARDS WINERY AND RESTAURANT, <br><br> Defendant. | Case No. C 07-05669 MHP <br><br> **STIPULATION RE RESPONSE TO COMPLAINT AND FIRST AMENDED COMPLAINT** |

The parties hereby stipulate that Defendant Knapp Farms, Inc. d/b/a Knapp Vineyards Winery and Restaurant need not respond to the Complaint of Plaintiff Voicebox Creative, Inc. because Plaintiff intends to file a First Amended Complaint. Plaintiff shall file said First Amended Complaint no later than February 1, 2008, and Defendant shall have twenty (20) days from service thereof to move, plead or otherwise respond thereto.

//

//

| | | |
|---|---|---|
| 1 | Dated: January 10, 2008 | HARVEY SISKIND LLP |
| 2 | | By: _____ |
| 3 | | D. Peter Harvey |
| 4 | | Attorneys for Defendant |
| 5 | | KNAPP FARMS, INC. |
| 6 | Dated: January 11, 2008 | KAPLAN FOX & KILSHEIMER LLP |
| 7 | | By: _____ |
| 8 | | Laurence D. King |
| 9 | | Attorneys for Plaintiff |
| 10 | | VOICEBOX CREATIVE, INC. |

1/17/2008

**IT IS SO ORDERED**
*(signed)* Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

-2-

STIPULATION RE RESPONSE TO COMPLAINT                    CASE NO. C 07-05669 MHP