1  HARVEY SISKIND LLP
   D. PETER HARVEY (SBN 55712)
2  email: pharvey@harveysiskind.com
3  SETH I. APPEL (SBN 233421)
   e-mail: sappel@harveysiskind.com
4  Four Embarcadero Center, 39th Floor
   San Francisco, California 94111
5  Telephone: (415) 354-0100
   Facsimile: (415) 391-7124
6
7  Attorneys for Defendant
   KNAPP FARMS, INC.
8

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VOICEBOX CREATIVE, INC., | Case No. C 07-05669 MHP |
| Plaintiff, | STIPULATION EXTENDING TIME TO RESPOND TO FIRST AMENDED COMPLAINT |
| v. | [Civil Local Rule 6-1(a)] |
| KNAPP FARMS, INC, d/b/a KNAPP VINEYARDS WINERY AND RESTAURANT, | |
| Defendant. | |

The parties hereby stipulate that the time for Defendant Knapp Farms, Inc. d/b/a Knapp Vineyards Winery and Restaurant to move, plead, or otherwise respond to the Complaint be extended by fifteen (15) days, from February 6, 2008, to February 21, 2008.

| | | |
|---|---|---|
| 1 | Dated: January 31, 2008 | Respectfully submitted, |
| 2 | | |
| 3 | | HARVEY SISKIND LLP |
| 4 | | By: /s/ Seth I. Appel |
| 5 | | Attorneys for Defendant |
| 6 | | KNAPP FARMS, INC. |
| 7 | Dated: 1/31, 2008 | |
| 8 | | KAPLAN FOX & KILSHEIMER LLP |
| 9 | | By: /s/ Laurence D. King |
| 10 | | Attorneys for Plaintiff |
| 11 | | VOICEBOX CREATIVE, INC. |

-2-

STIPULATION EXTENDING TIME TO RESPOND
TO FIRST AMENDED COMPLAINT

CASE NO. C 07-05669 MHP