1  Laurence D. King (SBN 206423)
   KAPLAN FOX & KILSHEIMER LLP
2  350 Sansome Street, Suite 400
   San Francisco, CA 94104-1308
3  Telephone: 415-772-4700
   Facsimile: 415-772-4707
4

5  Joseph M. Vanek
   Angela Wilcox
6  David Germaine
   VANEK, VICKERS & MASINI, P.C.
7  111 S. Wacker Drive, Suite 4050
   Chicago, Illinois 60606
8  Telephone: 312-224-1500
   Facsimile: 312-224-1510
9

10 Counsel for Plaintiff

11
                    UNITED STATES DISTRICT COURT
12
                   NORTHERN DISTRICT OF CALIFORNIA
13
                        SAN FRANCISCO DIVISION
14

15 VOICEBOX CREATIVE, INC., a California  )  Case No.: 07-cv-05669-MHP
   Corporation,                           )
16                                        )
                                          )  **STIPULATION AND PROPOSED ORDER**
17              Plaintiff,                )  **EXTENDING DEADLINE TO FILE RULE**
                                          )  **26 (f) REPORT AND CASE**
18                                        )  **MANAGEMENT STATEMENT AND**
         vs.                              )  **COMPLETE INITIAL DISCLOSURES**
19                                        )
                                          )
20 KNAPP FARMS, INC. D/B/A KNAPP,         )
   WINERY AND VINEYARD RESTAURANT,        )
21 a New York Corporation,                )
                                          )
22              Defendants.               )
                                          )
23

24

25

26

27

28

1  **WHEREAS**, the Order Setting Initial Case Management Conference and ADR Deadlines designates February 4, 2008 as the last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement (the "Rule 26(f) deadline"); and

**WHEREAS**, the parties through their attorneys have met and conferred regarding the matters identified in Rule 26(f), as well as with respect to initial disclosures, early settlement, ADR process selection and discovery plan; and

**WHEREAS**, the parties are drafting their Rule 26(f) Report and Case Management Statement and intend to have them on file with the Court, and complete their Initial Disclosures, no later than the close of business on Thursday, February 7, 2008; and

**NOW, THEREFORE**, the parties jointly respectfully request that the Court extend the parties' deadline to file their Rule 26(f) Report and Case Management Statement and make their Initial Disclosures through and including February 7, 2007.

DATED: February 4, 2008            KAPLAN FOX & KILSHEIMER LLP

By: ___/s/_____
     Laurence D. King (SBN 206423)

Counsel for Plaintiff
VOICEBOX CREATIVE INC.

DATED: February 4, 2008            HARVEY SISKIND LLP

By: ___/s/_____
     D. Peter Harvey (SBN 55712)

Counsel for Defendant
KNAPP FARMS INC.