1  **PURSUANT TO STIPULATION, IT IS SO ORDERED,**

4  Dated: _____

_____
THE HONORABLE MARILYN H. PATEL
United States District Judge