Signature Attestation

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

                /s/
            Laurence D. King

STIPULATION TO EXTEND TIME TO FILE RULE 26(f) Report, Etc.

Case No.: 07-cv-05669-MHP