1    Laurence D. King (SBN 206423)
     KAPLAN FOX & KILSHEIMER LLP
2    350 Sansome Street, Suite 400
     San Francisco, CA 94104-1308
3    Telephone: 415-772-4700
     Facsimile: 415-772-4707

4

5    Joseph M. Vanek
     Angela Wilcox
6    David Germaine
     VANEK, VICKERS & MASINI, P.C.
7    111 S. Wacker Drive, Suite 4050
     Chicago, Illinois 60606
8    Telephone: 312-224-1500
     Facsimile: 312-224-1510

9

10    Counsel for Plaintiff

11                UNITED STATES DISTRICT COURT

12                NORTHERN DISTRICT OF CALIFORNIA

13                  SAN FRANCISCO DIVISION

14

15    VOICEBOX CREATIVE, INC., a California   )   Case No.: 3:07-cv-05669-MHP
     Corporation,                             )
16                                 )
                                  )
17              Plaintiff,     )   **PROOF OF SERVICE**
                                  )
18                                 )
           vs.                       )
19                                 )
                                  )
20    KNAPP FARMS, INC. D/B/A KNAPP,      )
     WINERY AND VINEYARD RESTAURANT, )
21    a New York Corporation,            )
                                  )
22              Defendants.    )
                                  )

23

24

25

26

27

28

**PROOF OF SERVICE**

1

2      I, Lisa C. D'Annunzio, declare that I am over the age of eighteen (18) and not a party to the

3  within action. I am employed in the law firm of Kaplan Fox & Kilsheimer LLP, 350 Sansome

4  Street, San Francisco, California 94104.

5      On February 4, 2008, I used the Northern District of California's Electronic Case Filing

6  System, with ECF registered to Laurence D. King to file the following documents:

7  **STIPULATION AND PROPOSED ORDER EXTENDING DEADLINE TO FILE RULE 26**
   **(f) REPORT AND CASE MANAGEMENT STATEMENT AND COMPLETE INITIAL**
8  **DISCLOSURES**

9      The ECF system is designed to send an e-mail message to all parties in the case, which

10 constitutes service. According to the ECF/PACER system, for this case, the parties served are as

11 follows:

12      Seth Isaac Appel – sappel@harveysiskind.com, clee@harveysiskind.com
        Linda M. Fong – lfong@kaplanfox.com
13      D. Peter Harvey – pharvey@harveysiskind.com, clee@harveysiskind.com
        Laurence D. King – lking@kaplanfox.com, ldannunzio@kaplanfox.com,
14      kweiland@kaplanfox.com, abailey@kaplanfox.com

15

16 On this date, I served the below parties:

17

18 Joseph M. Vanek
   David P. Germaine
19 Angela Wilcox
   VANEK, VICKERS & MANSINI, PC
20 111 S. Wacker Drive
   Suite 4050
21 Chicago, IL 60606

22

23      _____ (BY FACSIMILE) I sent such document from facsimile machine on the above date. I certify
        that said transmission was completed and that all pages were received and that a report was
24      generated by the facsimile machine which confirms said transmission and receipt.

25 XXX (U.S. MAIL) I placed the sealed envelope(s) for collection and mailing by following ordinary
   business practices of Kaplan Fox Kilsheimer LLP. I am readily familiar with Kaplan Fox
26 Kilsheimer LLP's practice for collecting and processing of correspondence for mailing with the
   United States Postal Service, said practice being that, in the ordinary course of business,
27

28

1

1 correspondence with postage fully prepaid is deposited with the United States Postal Service the
same day as it is placed for collection.

2

3 ___(PERSONAL SERVICE)  I caused personal delivery of the document(s) listed above the
person(s) at the address(es) set forth below.

4

5 _____ (BY OVERNIGHT DELIVERY)  I placed the sealed envelope(s) or package(s) designated
by the express service carrier for collection and overnight delivery by following the ordinary

6 business practices of Kaplan Fox Kilsheimer LLP.  I am readily familiar with Kaplan Fox
Kilsheimer LLP's practice for collecting and processing of correspondence for overnight delivery,

7 said practice being that, in the ordinary course of business, correspondence for overnight delivery is
deposited with delivery fees paid or provided for at the carrier's express service offices for next-day

8 delivery the same day as the correspondence is placed for collection.

9 I declare under penalty of perjury under the laws of the United States of America and the State of
California that the foregoing is true and correct.

10

11 Executed February 4, 2008 at San Francisco, California.

12

13

14

15                                                         Lisa C. D'Annunzio

16

17

18

19

20

21

22

23

24

25

26

27

28

2

PROOF OF SERVICE                                              Case No.: 3:07-CV-05669-MHP