UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

VOICEBOX CREATIVE, INC.

              Plaintiff(s),

CASE NO. 07-05669 MHP

v.

KNAPP FARMS, INC.

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

              Defendant(s).
_____/

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
    Non-binding Arbitration (ADR L.R. 4)
    Early Neutral Evaluation (ENE)  (ADR L.R. 5)
    Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
    ✓ Private ADR *(please identify process and provider)* Mediation
The parties will select a private mediator knowledgeable in trademark law.

The parties agree to hold the ADR session by:
    ✓ the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

      other requested deadline _____

Dated: 2/6/08

Dated: 2/6/08

_____
Attorney for Plaintiff

_____
Attorney for Defendant