1    Laurence D. King (SBN 206423)
     lking@kaplanfox.com
2    Linda M. Fong (SBN 124232)
     lfong@kaplanfox.com
3    KAPLAN FOX & KILSHEIMER LLP
     350 Sansome Street, Suite 400
4    San Francisco, CA 94104
     Telephone:  415-772-4700
5    Facsimile:  415-772-4707

6    Joseph M. Vanek
     Angela Wilcox
7    David Germaine
     VANEK, VICKERS & MANSINI, P.C.
8    111 S. Wacker Drive, Suite 4050
     Chicago, IL 60606
9    Telephone: 312-224-1500
     Facsimile: 312-224-1510

10

   Counsel for Plaintiff

11

12 <center>**UNITED STATES DISTRICT COURT**</center>

13 <center>**NORTHERN DISTRICT OF CALIFORNIA**</center>

<center>**SAN FRANCISCO DIVISION**</center>

14

15    VOICEBOX CREATIVE, INC., a California
     Corporation,             **Case No.:** 07-cv-05669-MHP
16

17             Plaintiff,      **PROOF OF SERVICE**

18        v.

19    KNAPP FARMS, INC. D/B/A KNAPP,
     WINERY AND VINEYARD RESTAURANT,
20    a New York Corporation,

21

            Defendants.
22

23

24 _____/

25

26

27

28

PROOF OF SERVICE                        Case No.: 07-cv-05669-MHP

**PROOF OF SERVICE**

I, Lisa C. D'Annunzio, declare that I am over the age of eighteen (18) and not a party to the within action. I am employed in the law firm of Kaplan Fox & Kilsheimer LLP, 350 Sansome Street, San Francisco, California 94104.

On February 6, 2008, I used the Northern District of California's Electronic Case Filing System, with the ECF registered to Laurence D. King to file the following documents:

**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS**

The ECF system is designed to send an e-mail message to all parties in the case, which constitutes service. According to the ECF/PACER system, for this case, the parties served are as follows:

> Seth Isaac Appel – sappel@harveysiskind.com, clee@harveysiskind.com
> Linda M. Fong – lfong@kaplanfox.com
> D. Peter Harvey – pharvey@harveysiskind.com, clee@harveysiskind.com
> Laurence D. King – lking@kaplanfox.com, abailey@kaplanfox.com,
> kweiland@kaplandfox.com, ldannunzio@kaplanfox.com

On this date, I served the below parties:

> David P. Germaine
> Joseph M. Vanek
> Angela Wilcox
> VANEK, VICKERS & MANSINI, P.C.
> 111 S. Wacker Drive
> Suite 4050
> Chicago, IL 60606

**XXX** (BY FIRST CLASS US MAIL): I placed the sealed envelope(s) for collection and mailing by following ordinary business practices of Kaplan Fox & Kilsheimer LLP. I am readily familiar with Kaplan Fox & Kilsheimer LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service, said practice being that, in the ordinary course of business, correspondence with postage fully prepaid is deposited with the United States Postal Service the same day as it is placed for collection.

(BY FACSIMILE) I sent such document from facsimile machine on the above date. I certify that said transmission was completed and that all pages were received and that a report was generated by the facsimile machine which confirms said transmission and receipt.

1    (PERSONAL SERVICE) I caused personal delivery of the document(s) listed above the
2    person(s) at the address(es) set forth below.

3    (BY OVERNIGHT DELIVERY) I placed the sealed envelope(s) or package(s) designated
     by the express service carrier for collection and overnight delivery by following the ordinary
     business practices of Kaplan Fox Kilsheimer LLP. I am readily familiar with Kaplan Fox
4    Kilsheimer LLP's practice for collecting and processing of correspondence for overnight delivery,
     said practice being that, in the ordinary course of business, correspondence for overnight delivery is
5    deposited with delivery fees paid or provided for at the carrier's express service offices for next-day
     delivery the same day as the correspondence is placed for collection.

6

7        I declare under penalty of perjury under the laws of the United States of America and the

8    State of California that the foregoing is true and correct.

9
     Executed February 6, 2008, San Francisco, California.
10

11                                                    Lisa C. D'Annunzio

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

PROOF OF SERVICE                                          Case No.: 07-cv-05669-MHP