```
 1  HARVEY SISKIND LLP
    D. PETER HARVEY (SBN 55712)
 2  email: pharvey@harveysiskind.com
    SETH I. APPEL (SBN 233421)
 3  e-mail: sappel@harveysiskind.com
    Four Embarcadero Center, 39th Floor
 4  San Francisco, California 94111
 5  Telephone: (415) 354-0100
    Facsimile: (415) 391-7124
 6
 7  Attorneys for Defendant
    KNAPP FARMS, INC.
 8
 9                IN THE UNITED STATES DISTRICT COURT
10              FOR THE NORTHERN DISTRICT OF CALIFORNIA
11                      SAN FRANCISCO DIVISION
12
13
14  VOICEBOX CREATIVE, INC.,              Case No. C 07-05669 MHP
15              Plaintiff,                STIPULATION EXTENDING TIME
                                          TO RESPOND TO FIRST AMENDED
16  v.                                    COMPLAINT
                                          [Civil Local Rule 6-1(a)]
17  KNAPP FARMS, INC, d/b/a KNAPP
18  VINEYARDS WINERY AND
    RESTAURANT,
19
20              Defendant.
21
22      The parties hereby stipulate that the time for Defendant Knapp Farms, Inc. d/b/a Knapp
23  Vineyards Winery and Restaurant to move, plead, or otherwise respond to the Complaint be extended
24  by fifteen (15) days, from February 6, 2008, to February 21, 2008.
25
26
27
28
                                          -1-
```

| | | |
|---|---|---|
| 1 | Dated: January 31, 2008 | Respectfully submitted, |
| 2 | | HARVEY SISKIND LLP |
| 3 | | By: _____ |
| 4 | | Seth I. Appel |
| 5 | | Attorneys for Defendant |
| 6 | | KNAPP FARMS, INC. |
| 7 | Dated: __1/31__, 2008 | KAPLAN FOX & KILSHEIMER LLP |
| 8 | | By: _____ |
| 9 | | Laurence D. King |
| 10 | | Attorneys for Plaintiff |
| 11 | | VOICEBOX CREATIVE, INC. |

February 6, 2008

**IT IS SO ORDERED**
Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA