1  Laurence D. King (SBN 206423)
   KAPLAN FOX & KILSHEIMER LLP
2  350 Sansome Street, Suite 400
   San Francisco, CA 94104-1308
3  Telephone: 415-772-4700
   Facsimile: 415-772-4707
4

5  Joseph M. Vanek
   Angela Wilcox
6  David Germaine
   VANEK, VICKERS & MASINI, P.C.
7  111 S. Wacker Drive, Suite 4050
   Chicago, Illinois 60606
8  Telephone: 312-224-1500
   Facsimile: 312-224-1510
9

10 Counsel for Plaintiff

11                    UNITED STATES DISTRICT COURT

12                    NORTHERN DISTRICT OF CALIFORNIA

13                         SAN FRANCISCO DIVISION

14

15 VOICEBOX CREATIVE, INC., a California  )  Case No.: 07-cv-05669-MHP
   Corporation,                            )
16                                         )
                                           )  **STIPULATION AND ~~PROPOSED~~ ORDER**
17                    Plaintiff,           )  **EXTENDING DEADLINE TO FILE RULE**
                                           )  **26 (f) REPORT AND CASE**
18                                         )  **MANAGEMENT STATEMENT AND**
             vs.                           )  **COMPLETE INITIAL DISCLOSURES**
19                                         )
                                           )
20 KNAPP FARMS, INC. D/B/A KNAPP,          )
   WINERY AND VINEYARD RESTAURANT,)
21 a New York Corporation,                 )
                                           )
22                    Defendants.          )
                                           )
23

24

25

26

27

28

STIPULATION TO EXTEND TIME TO FILE RULE 26(f)                Case No.: 07:cv-05669-MHP
REPORT, Etc.

**WHEREAS**, the Order Setting Initial Case Management Conference and ADR Deadlines designates February 4, 2008 as the last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement (the "Rule 26(f) deadline"); and

**WHEREAS**, the parties through their attorneys have met and conferred regarding the matters identified in Rule 26(f), as well as with respect to initial disclosures, early settlement, ADR process selection and discovery plan; and

**WHEREAS**, the parties are drafting their Rule 26(f) Report and Case Management Statement and intend to have them on file with the Court, and complete their Initial Disclosures, no later than the close of business on Thursday, February 7, 2008; and

**NOW, THEREFORE**, the parties jointly respectfully request that the Court extend the parties' deadline to file their Rule 26(f) Report and Case Management Statement and make their Initial Disclosures through and including February 7, 2007.

DATED:  February 4, 2008            KAPLAN FOX & KILSHEIMER LLP

                                    By: _____/s/_____
                                        Laurence D. King (SBN 206423)

                                    Counsel for Plaintiff
                                    VOICEBOX CREATIVE INC.

DATED:  February 4, 2008            HARVEY SISKIND LLP

                                         _____/s/_____
                                    By: D. Peter Harvey (SBN 55712)

                                    Counsel for Defendant
                                    KNAPP FARMS INC.

1  PURSUANT TO STIPULATION, IT IS SO ORDERED,

4  Dated:   2/6/2008

THE HONORABLE MARILYN H. PATEL
United States District Judge

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*
(United States District Court, Northern District of California seal)

Signature Attestation

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

                                                  /s/
                                      Laurence D. King