```
1  | Laurence D. King (SBN 206423)
   | KAPLAN FOX & KILSHEIMER LLP
2  | 350 Sansome Street, Suite 400
   | San Francisco, CA 94104-1308
3  | Telephone: 415-772-4700
   | Facsimile: 415-772-4707
4  |
5  | Joseph M. Vanek
   | Angela Wilcox
6  | David Germaine
   | VANEK, VICKERS & MASINI, P.C.
7  | 111 S. Wacker Drive, Suite 4050
   | Chicago, Illinois 60606
8  | Telephone: 312-224-1500
   | Facsimile: 312-224-1510
9  |
10 | Counsel for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VOICEBOX CREATIVE, INC., a California Corporation,<br><br>                  Plaintiff,<br><br>vs.<br><br>KNAPP FARMS, INC. D/B/A KNAPP, WINERY AND VINEYARD RESTAURANT, a New York Corporation,<br><br>                  Defendants. | Case No.: 07-05669 MHP<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(i)** |

0

NOTICE OF DISMISSAL                                        Case No.: 07-cv-05669-MHP

1  NOW COMES Plaintiff, VOICEBOX CREATIVE, INC., by and through its
2  undersigned attorneys, and pursuant to Federal Rules of Civil Procedure, Rule
3  41(a)(1)(i), hereby voluntarily dismisses the above-entitled case.

4

5  DATED: February 7, 2008         KAPLAN FOX & KILSHEIMER LLP

6

7                                   By:  ___/s/_____
                                         Laurence D. King (SBN 206423)
8                                        KAPLAN FOX & KILSHEIMER LLP
                                         350 Sansome Street, Suite 400
9                                        San Francisco, CA 94104-1308
                                         Telephone: 415-772-4700
10                                       Fax: 415-772-4707

11                                       Joseph M. Vanek
                                         Angela Wilcox
12                                       David Germaine
                                         Jeff Moran
13                                       VANEK, VICKERS & MASINI, P.C.
                                         111 S. Wacker Drive, Suite 4050
14                                       Chicago, Illinois 60606
                                         Telephone: 312-224-1500
15                                       Facsimile: 312-224-1510

16                                       Counsel for Plaintiff

17

18

19

20

21

22

23

24

25

26

27

28

1

NOTICE OF DISMISSAL                                    Case No.: 07-cv-05669-MHP