1  Laurence D. King (SBN 206423)
   KAPLAN FOX & KILSHEIMER LLP
2  350 Sansome Street, Suite 400
   San Francisco, CA 94104-1308
3  Telephone: 415-772-4700
   Facsimile: 415-772-4707
4

5  Joseph M. Vanek
   Angela Wilcox
6  David Germaine
   VANEK, VICKERS & MASINI, P.C.
7  111 S. Wacker Drive, Suite 4050
   Chicago, Illinois 60606
8  Telephone: 312-224-1500
   Facsimile: 312-224-1510
9

10 Counsel for Plaintiff

11                     UNITED STATES DISTRICT COURT
12                    NORTHERN DISTRICT OF CALIFORNIA
13                         SAN FRANCISCO DIVISION
14

15 VOICEBOX CREATIVE, INC., a          )  Case No.: 07-05669 MHP
   California Corporation,             )
16                                     )
17                        Plaintiff,   )  **NOTICE OF VOLUNTARY
                                       )  DISMISSAL PURSUANT TO
18                                     )  FED. R. CIV. P. 41(a)(1)(i)**
       vs.                             )
19                                     )
20 KNAPP FARMS, INC. D/B/A KNAPP,      )
   WINERY AND VINEYARD                 )
21 RESTAURANT, a New York              )
   Corporation,                        )
22                                     )
                          Defendants.  )
23 _____)

24
25
26
27
28
                                        0
   NOTICE OF DISMISSAL                                Case No.: 07-cv-05669-MHP

1  NOW COMES Plaintiff, VOICEBOX CREATIVE, INC., by and through its
2  undersigned attorneys, and pursuant to Federal Rules of Civil Procedure, Rule
3  41(a)(1)(i), hereby voluntarily dismisses the above-entitled case.

DATED: February 7, 2008                KAPLAN FOX & KILSHEIMER LLP

                              By:    /s/
                                    Laurence D. King (SBN 206423)
                                    KAPLAN FOX & KILSHEIMER LLP
                                    350 Sansome Street, Suite 400
                                    San Francisco, CA 94104-1308
                                    Telephone: 415-772-4700
                                    Fax: 415-772-4707

                                    Joseph M. Vanek
                                    Angela Wilcox
                                    David Germaine
                                    Jeff Moran
                                    VANEK, VICKERS & MASINI, P.C.
                                    111 S. Wacker Drive, Suite 4050
                                    Chicago, Illinois 60606
                                    Telephone: 312-224-1500
                                    Facsimile: 312-224-1510

                                    Counsel for Plaintiff

2/8/2008



IT IS SO ORDERED
Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---

NOTICE OF DISMISSAL                    1                    Case No.: 07-cv-05669-MHP