```
                                                          FILED
                                                      08 FEB -6 AM 11:13
                                                      CLERK, U.S. DISTRICT COURT
                                                      NORTHERN DISTRICT OF CALIFORNIA
```

1 Laurence D. King (SBN 206423)
  lking@kaplanfox.com
2 Linda M. Fong (SBN 124232)
  lfong@kaplanfox.com
3 KAPLAN FOX & KILSHEIMER LLP
  350 Sansome Street, Suite 400
4 San Francisco, CA 94104-1308
  Telephone: 415-772-4700
5 Facsimile: 415-772-4707

6 Joseph M. Vanek
  Angela Wilcox
7 David Germaine
  VANEK, VICKERS & MASINI, P.C.
8 111 S. Wacker Drive, Suite 4050
  Chicago, Illinois 60606
9 Telephone: 312-224-1500
  Facsimile: 312-224-1510
10

11 Counsel for Plaintiff

12                   UNITED STATES DISTRICT COURT

13                  NORTHERN DISTRICT OF CALIFORNIA

14                        SAN FRANCISCO DIVISION

15 VOICEBOX CREATIVE, INC., a California        CASE NO.: 07-cv-05669-MHP
   Corporation,
16
                          Plaintiff,
17       vs.                                    APPLICATION FOR ADMISSION OF
                                                ATTORNEY *PRO HAC VICE*
18 KNAPP FARMS, INC. D/B/A KNAPP,
   WINERY AND VINEYARD RESTAURANT,
19 a New York Corporation,

20                        Defendants.

21

22       Pursuant to Civil L.R. 11-3, Joseph M. Vanek, an active member in good standing of the bar

23 of Illinois, hereby applies for admission to practice in the Northern District of California on a pro

24 hac vice basis representing VOICEBOX CREATIVE, INC., a California Corporation, in the above-

25 entitled action.

26       In support of this application, I certify on oath that:

27       1. I am an active member in good standing of a United States Court or of the highest court

28          of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

>  Linda M. Fong
>  KAPLAN FOX & KILSHEIMER LLP
>  350 Sansome Street, Suite 400
>  San Francisco, CA 94104
>  Telephone: 415-772-4700
>  Facsimile: 415-772-4707
>  lfong@kaplanfox.com

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 2/5/08

/s/ Joseph M. Vanek
Joseph M. Vanek
VANEK, VICKERS & MASINI, P.C.
111 S. Wacker Drive, Suite 4050
Chicago, Illinois 60606
Telephone: 312-224-1500
jvanek@vaneklaw.com

```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611015491
Cashier ID: bucklem
Transaction Date: 02/06/2008
Payer Name: wheels of justice
--------------------------------
PRO HAC VICE
 For: joseph m vanek
 Case/Party: D-CAN-3-08-AT-PROHAC-001
 Amount:       $210.00
PRO HAC VICE
 For: jeffrey moran
 Case/Party: D-CAN-3-08-AT-PROHAC-001
 Amount:       $210.00
PRO HAC VICE
 For: jeremy herring
 Case/Party: D-CAN-3-08-AT-PROHAC-001
 Amount:       $210.00
--------------------------------
CHECK
 Check/Money Order Num: 28493
 Amt Tendered: $630.00
--------------------------------
Total Due:     $630.00
Total Tendered: $630.00
Change Amt:    $0.00

c07-5669mhp


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it  was drawn.
```