| | |
|---|---|
| 1 | Laurence D. King (SBN 206423)<br>lking@kaplanfox.com |
| 2 | Linda M. Fong (SBN 124232)<br>lfong@kaplanfox.com |
| 3 | KAPLAN FOX & KILSHEIMER LLP<br>350 Sansome Street, Suite 400 |
| 4 | San Francisco, CA 94104-1308<br>Telephone: 415-772-4700 |
| 5 | Facsimile: 415-772-4707 |
| 6 | Joseph M. Vanek |
| 7 | Angela Wilcox<br>Jeffrey R. Moran |
| 8 | VANEK, VICKERS & MASINI, P.C.<br>111 S. Wacker Drive, Suite 4050 |
| 9 | Chicago, Illinois 60606<br>Telephone: 312-224-1500<br>Facsimile: 312-224-1510 |
| 10 | |
| 11 | Counsel for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VOICEBOX CREATIVE, INC., a California Corporation, | CASE NO.: 07-cv-05669-MHP |
| Plaintiff, | |
| vs. | **APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |
| KNAPP FARMS, INC. D/B/A KNAPP, WINERY AND VINEYARD RESTAURANT, a New York Corporation, | |
| Defendants. | |

Pursuant to Civil L.R. 11-3, Jeffrey R. Moran, an active member in good standing of the bar of Illinois, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing VOICEBOX CREATIVE, INC., a California Corporation, in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of the bar of Illinois and the Northern District of Illinois;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

> Linda M. Fong
> KAPLAN FOX & KILSHEIMER LLP
> 350 Sansome Street, Suite 400
> San Francisco, CA 94104
> Telephone: 415-772-4700
> Facsimile: 415-772-4707
> lfong@kaplanfox.com

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 1/29/08

Jeffrey R. Moran
VANEK, VICKERS & MASINI, P.C.
111 S. Wacker Drive, Suite 4050
Chicago, IL 60606
Telephone: 312-224-1500
jmoran@vaneklaw.com

```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611015491
Cashier ID: bucklem
Transaction Date: 02/06/2008
Payer Name: wheels of justice
--------------------------------
PRO HAC VICE
 For: joseph m vanek
 Case/Party: D-CAN-3-08-AT-PROHAC-001
 Amount:     $210.00
PRO HAC VICE
 For: jeffrey moran
 Case/Party: D-CAN-3-08-AT-PROHAC-001
 Amount:     $210.00
PRO HAC VICE
 For: jeremy herring
 Case/Party: D-CAN-3-08-AT-PROHAC-001
 Amount:     $210.00
--------------------------------
CHECK
 Check/Money Order Num: 20493
 Amt Tendered: $630.00
--------------------------------
Total Due:      $630.00
Total Tendered: $630.00
Change Amt:     $0.00

c07-5669mhp


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```