1

2

3

4

5

6

7

8

9

10

11

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA RECEIVED

### SAN FRANCISCO DIVISION

FFR - 6 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

VOICEBOX CREATIVE, INC., a California Corporation,

CASE NO.: 07-cv-05669-MHP

Plaintiff,

vs.

KNAPP FARMS, INC. D/B/A KNAPP, WINERY AND VINEYARD RESTAURANT, a New York Corporation,

Defendants.

/

**(Proposed)**
**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

12

13

14

15

16

17

Jeffrey R. Moran, an active member in good standing of the bar of Illinois, whose business address and telephone number is: 111 S. Wacker Drive, Suite 4050, Chicago, IL 60606, Tel: 312-224-1500, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing VOICEBOX CREATIVE, INC., a California Corporation.

18

19

20

21

22

23

24

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

25

26

27

28

Dated: _____

_____
United States District Judge
Marilyn H. Patel