UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

RECEIVED
FEB - 6 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VOICEBOX CREATIVE, INC., a California Corporation,<br><br>    Plaintiff,<br>vs.<br><br>KNAPP FARMS, INC. D/B/A KNAPP, WINERY AND VINEYARD RESTAURANT, a New York Corporation,<br><br>    Defendants. | CASE NO.: 07-cv-05669-MHP<br><br>**(Proposed)**<br>**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

Jeremy Herring, an active member in good standing of the bar of Illinois, whose business address and telephone number is: 111 S. Wacker Drive, Suite 4050, Chicago, IL 60606, Tel: 312-224-1500, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing VOICEBOX CREATIVE, INC., a California Corporation.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: _____          _____
                                        United States District Judge
                                        Marilyn H. Patel